THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JAMES R. LOYD, JR., Defendant-Appellant.

(No. 11769;

Fourth District—December 6, 1972.

Opinion by Mr. PRESIDING JUSTICE CRAVEN.

Matthew J. Moran, of Defender Project, of Chicago, for appellant.

William J. Scott, Attorney General, of Springfield, and Arthur A. Jones, State's Attorney, of Paris, (James B. Zagel and Jayne A. Carr, Assistant Attorneys General, of counsel,) for the People.